[Carroll, June, 1883.]

### HODGDON *v.* MUDGETT.

TRESPASS *cl. qu.* Referee's report for the defendant.

*J. H. Hobbs,* for the plaintiff.

*Copeland & Edgerly,* for the defendant.

STANLEY, J.   The plaintiff has no title, and the referee might, find that the defendant had possession.

*Judgment on the report.*

CLARK, J., did not sit : the others concurred.